```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DANA ESCOFFIER ,                                              :
                                  Plaintiff,                  :
                                                              :         13 Civ. 8089 (LGS)
            -against-                                         :
                                                              :              ORDER
MFY LEGAL SERVICES,  et al.,                                  :
                                  Defendants.                 :
                                                              :
------------------------------------------------------------- :
                                                              X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 9, 2014, Defendants requested an adjournment of the status conference scheduled for September 25, 2014, it is hereby

**ORDERED** that the conference scheduled for **September 25, 2014**, at **10:00 a.m.** is adjourned to **October 15, 2014**, at **10:55 a.m.**

The Clerk of Court is directed to mail a copy of this order to pro se Plaintiff.

SO ORDERED.

Dated: September 9, 2014
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**