```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DANA ESCOFFIER,                                             :
                                Plaintiff,                  :
                                                            :       13 Civ. 8089 (LGS)
                -against-                                   :
                                                            :             ORDER
MFY LEGAL SERVICES, et al.,                                 :
                                Defendants.                 :
                                                            :
                                                            :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 16, 2014, Defendants requested an extension of time to respond to Plaintiff's Second Amended Complaint filed on September 10, 2014;

      The application is **GRANTED**. No later than **October 10, 2014**, Defendants shall (1) file an answer; (2) file a new motion to dismiss; or (3) file on ECF a letter to the Court, and mail a copy to Plaintiff, stating that they rely on the previously filed motion to dismiss. No further extensions will be granted.

      The Clerk of Court is directed to mail a copy of this order to pro se Plaintiff and to close the motion at docket number 50.

Dated: September 16, 2014
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/14